**Lal BHATIA, Petitioner–Appellant**

**v.**

**UNITED STATES of America; Immigration and Customs Enforcement, an Entity; Jeh Charles Johnson, Secretary, Department of Homeland Security; Sarah R. Saldana, Director of Immigration and Customs Enforcement; David Rivera, Field Office Director for the New Orleans Field Office of Immigration and Customs Enforcement; Dave Berkebile, Warden for Adams County Correctional Center, Respondents–Appellees**

**No. 16–60076**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Date Filed: 11/29/2016

Lal Bhatia, Pro Se.

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM: *

Lal Bhatia, formerly federal prisoner # 97562–011, appeals the denial of his motion for a preliminary injunction in a 28 U.S.C. § 2241 proceeding. He also moves for expedited consideration.

During the pendency of this appeal, Bhatia was released from prison and placed in Immigration and Customs Enforcement custody. Accordingly, his appeal is moot, and we lack jurisdiction over it. *See Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987).

APPEAL DISMISSED; MOTION DENIED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.